# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 13-cv-0033-WJM-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2011 DODGE RAM 3500 VIN 3D73Y3CL8BG637672,

    Defendant.

## FINAL ORDER OF FORFEITURE

This matter comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, filed April 10, 2013 (ECF No. 10).  The Court having reviewed the Motion hereby FINDS as follows:

That the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

That all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

That the United States and lienholder, Ally Financial have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

That no other claims to defendant property have been filed;

That the United States, pursuant to its agreement with Ally Financial will pay the amounts stipulated in the agreement from and to the extent there are sufficient

proceeds from the sale of defendant 2011 Dodge Ram 3500 VIN 3D73Y3CL8BG637672;

That if further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

Based on the foregoing the Court hereby ORDERS the following:

That forfeiture of defendant 2011 Dodge Ram 3500 VIN 3D73Y3CL8BG637672 shall enter in favor of the United States.  The United States shall have full and legal title to the defendant property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the Parties' Settlement Agreement;

That the Clerk of Court is DIRECTED to enter Judgment; and

That a Certificate of Reasonable Cause, which the Order constitutes, is GRANTED as to all defendant property pursuant to 28 U.S.C. § 2465.

Dated this 10th day of April, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge